126

In the Matter of the PETITION of August BUTLER for a Writ of Habeas Corpus.

No. 10784.

United States Court of Appeals
Sixth Circuit.

April 13, 1949.

August Butler (in pro. per.) Marquette, Mich., for self.

Stephen J. Roth, Perry A. Maynard, Lansing, Mich., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause having come on to be heard upon the file and records, and the briefs of August Butler and the Attorney General of the State of Michigan, and the Court being duly advised; now, therefore, it is hereby adjudged and decreed that the order of the district court denying appellant's petition for a writ of habeas corpus be and is hereby affirmed upon the opinion of the district court in the said cause.

James Russell CLEARY v. UNITED STATES of America.

No. 10697.

United States Court of Appeals
Sixth Circuit.

April 12, 1949.

Appellant not represented.

Thomas P. Thornton, Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and MILLER, Circuit Judge.

PER CURIAM.

It appearing to the court that no steps having been taken in this case since May 10, 1948, it is now ordered that this case be and the same is dismissed with leave to reinstate for good cause shown.

Lennis W. WICHMAN, Appellant, v. R. H. MILLER TEXAS CORPORATION et al., Appellees.

No. 12418.

United States Court of Appeals
Fifth Circuit.

May 9, 1949.

George H. Stubblefield, of Houston, Tex., and Charles Ralph Johnston, of Chicago, Ill., for appellant.

Devereaux Henderson and T. E. Mosheim, both of Houston, Tex., for appellees.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

We agree with the lower Court that it had no jurisdiction and the judgment of dismissal is affirmed.